PATRICK HEALY, Respondent, *v.* CORNELIUS J. RYAN et al., Appellants.

(Argued October 8, 1889; decided October 22, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 1, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*W. S. Andrews* for appellants.

*M. E. Driscoll* for respondent.

Agree to affirm; no opinion.
All concur, except FOLLETT, Ch. J., not sitting, and BRADLEY, J., not voting.
Judgment affirmed.

———

EZRA WHITE, Respondent, *v.* MINERVA E. GAINES, Appellant.

(Argued October 14, 1889; decided October 22, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1886, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial without a jury.

*O. D. M. Baker* for appellant.

*Henry M. Taylor* for respondent.

Agree to affirm; no opinion.
All concur, except FOLLETT, Ch. J., dissenting.
Judgment affirmed.